IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITE HERE HEALTH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 19 C 7453 |
| | ) | |
| CHESTNUT STREET HOTEL MANAGEMENT, | ) | JUDGE CHARLES P. KOCORAS |
| LLC, d/b/a TREMONT CHICAGO HOTEL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, CHESTNUT STREET HOTEL MANAGEMENT, LLC, d/b/a TREMONT CHICAGO HOTEL, LLC, in the total amount of $45,646.12, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,390.00.

On November 18, 2019, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Vicky Alfirevic) at the registered office of record (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on December 9, 2019. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6210637
Telephone:  (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Tremont Chicago Hotel\motion.lmf.df.wpd

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>30th</u> day of <u>December 2019</u>:

    Registered Agents, Inc., Registered Agent
    for Chestnut Street Hotel Management, LLC
    1900 E. Golf Road, Suite 950A
    Schaumburg, IL   60173-5034

    Mr. Michael Collier
    Chestnut Street Hotel Management, LLC
    100 East Chestnut Street
    Chicago, IL   60611-2061

            /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Tremont Chicago Hotel\motion.lmf.df.wpd